UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Tiffany Renee Moore,   Case No. 22-41852-MLO
   Chapter 7
       Debtor.   Hon. Maria L. Oxholm
_____/

Mark H. Shapiro, Trustee,

       Plaintiff,

v.   Adversary Proc. 22-04205

Claudia Moore,

       Defendant.
_____/

## CERTIFICATE OF SERVICE

I certify that on September 2, 2022, I served copies as follows:

| | |
|---|---|
| Documents Served: | Summons; Complaint to Avoid and Recover Transfers; Certificate of Service |
| Served Upon: | Claudia Moore<br>6885 Brookeshire Dr.<br>West Bloomfield, MI 48322 |
| Method of Service: | First-Class Mail |

/s/ Christine T. Leach, Legal Assistant
Steinberg Shapiro & Clark
Attorneys for Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
cleach@steinbergshapiro.com