UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Tiffany Renee Moore,   Case No. 22-41852-MLO
                       Chapter 7
　　　　Debtor.         Hon. Maria L. Oxholm
_____/

Mark H. Shapiro, Trustee,

　　　　Plaintiff,
v.                     Adversary Proc. 22-04205

Claudia Moore,

　　　　Defendant.
_____/

### DEFAULT JUDGMENT AGAINST CLAUDIA MOORE

Chapter 7 Trustee Mark H. Shapiro filed an application for entry of default judgment due to Defendant's failure to timely answer the Trustee's Complaint to Avoid and Recover Transfers. The Court being fully advised of the facts, finds good cause to enter this Judgment.

IT IS ORDERED that Judgment is granted in favor of Chapter 7 Trustee Mark H. Shapiro and against Claudia Moore on all Counts of Plaintiff's Complaint in the amount of $5,000, plus interest accruing from September 2, 2022 (the date of Plaintiff's complaint).

**Signed on October 12, 2022**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**